IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH RAY JOHNSON,  )
                      )
    Plaintiff,         )
                      )
v.                    )   CASE NO. CV409-143
                      )
LARRY CHISOLM, District )
Attorney of the Eastern )
Judicial Circuit,      )
individually and in his )
official capacity,     )
                      )
    Defendant.         )
_____ )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 3.) After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. The **Clerk of Court** is **DIRECTED** to **CLOSE THIS CASE**.

SO ORDERED this 28th day of October, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA